UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | No. 05-47-03S |
| CLIFFORD FALLA | : | |

DEFENDANT'S MOTION FOR CONTINUANCE

Now comes the Defendant in the above-captioned matter and respectfully moves that his sentencing which is scheduled for September 21, 2005 be continued to February 10, 2006. As grounds therefore Defendant states that in the interest of justice it would appear that this continuance is appropriate in light of the peculiar circumstances surrounding this case, namely that the co-defendant Gobbi will be sentenced on February 3, 2006. The peculiar circumstances being the fact that this Defendant was a principal witness against Mr. Gobbi in the trial of this matter and that his sentencing may well impact on the defense's presentation at the time of his sentencing.

Further, this matter has been discussed with the government and the government has no objection to this continuance.

Clifford Falla
By his Attorney

Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 FAX

# CERTIFICATON

I hereby certify that I mailed by regular United States Mail a true copy of the within document to those as indicated below on the 18 day of October, 2005.

James H. Leavey, Esq.
Assistant US Attorney
US Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903