IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-047S |
| | ) | |
| CLIFFORD FALLA | ) | |

**GOVERNMENT'S MOTION TO DISMISS COUNT**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and seeks leave of Court to dismiss Count V of the above-listed Indictment, since Defendant has been sentenced on Counts I through IV.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

SO ORDERED:

WESm
WILLIAM E. SMITH
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: 5/9/06